# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS T. FREEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ZILLIOX, et, al.,<br><br>　　　　　Defendants. | Case No. EDCV 22-00097-DSF (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Fourth Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed.[1] Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

---

[1] On September 9, 2024, the Court granted Defendant Filamore-Angel's ex parte application for additional time to file objections to the Report and Recommendation, to September 30, 2024. (Dkt. No. 101). To date, Defendant Filamore-Angel has not filed objections, sought a further extension of time to do so, or otherwise communicated with the Court.

**IT IS ORDERED** that (1) Defendants' motion to dismiss the Fourth Amended Complaint is GRANTED IN PART and DENIED IN PART as follows: the claims against Defendants Zilliox, Garibay, Chrisman, Jiminez, and Nadler are dismissed with prejudice; and the motion to dismiss the Eighth Amendment claim against Defendant Filamore-Angel is denied.

Defendant Filamore-Angel and Defendant United States of America[2] are ordered to file to file an Answer to the remaining claims in the Fourth Amended Complaint no later than fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: October 29, 2024

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

---

[2] Defendant United States did not join in the individual defendants' motion to dismiss.  On September 9, 2024, the Court continued the response deadline for the United States to respond to the Fourth Amended Complaint to fourteen days after the Court rules on the Report and Recommendation. (Dkt. No. 92).